**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

*Attorneys for Defendants*
*Songs of Universal, Inc.,*
*Sony Music Publishing (US) LLC,*
*Sony Music Entertainment, and*
*Chris Brown Entertainment, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TYKEIYA DORE and MARC A. STEPHENS,<br><br>Plaintiffs,<br><br>v.<br><br>CHRIS BROWN ENTERTAINMENT, LLC d/b/a CHRISTOPHER BROWN ENTERTAINMENT, LLC, et al.,<br><br>Defendants. | Civil Action No. 24-10103 (MCA) (MAH)<br><br>*Document Electronically Filed*<br><br>**NOTICE OF MOTION TO DISMISS OR TRANSFER VENUE**<br><br>ORAL ARGUMENT REQUESTED |

**PLEASE TAKE NOTICE** that on April 21, 2025, or as soon thereafter as counsel may be heard, Defendants Songs of Universal, Inc., Sony Music Publishing (US) LLC, Sony Music Entertainment, and Chris Brown Entertainment, LLC (collectively, the "Moving Defendants"), by and through their undersigned counsel, shall move before the Honorable Madeline Cox Arleo, U.S.D.J. at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S.

Courthouse, Newark, New Jersey 07102, for an Order dismissing Plaintiffs' Complaint against the Moving Defendants pursuant to Federal Rule of Civil Procedure 12(b)(2), (3), and (6) or, alternatively, transferring the action pursuant to 28 U.S.C. §§ 1404 and 1406.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the Moving Defendants shall rely upon the accompanying Memorandum of Law, Declarations and exhibits attached thereto, Request for Judicial Notice, and all prior pleadings and papers on file in this action.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a certification attesting to the date and manner of service is also submitted herewith.

Dated:  March 28, 2025         Respectfully submitted,
       Newark, New Jersey

                                             s/ Samuel I. Portnoy
                                             Samuel I. Portnoy
                                             J. Brugh Lower
                                             **GIBBONS P.C.**
                                             One Gateway Center
                                             Newark, New Jersey 07102
                                             (973) 596-4500
                                             sportnoy@gibbonslaw.com
                                             jlower@gibbonslaw.com

Ilene S. Farkas (*pro hac vice* pending)
Rachel M. Kaplowitz (*pro hac vice pending*)
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
(212) 421-4100

James G. Sammataro (*pro hac vice* pending)
**PRYOR CASHMAN LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
(786) 582-3010

*Attorneys for Defendants*
*Songs of Universal, Inc.,*
*Sony Music Publishing (US) LLC,*
*Sony Music Entertainment, and*
*Chris Brown Entertainment, LLC*

.