Alison L. Genova

Jeremy P. Auster (*pro hac vice*)

WILSON SONSINI GOODRICH & ROSATI

Professional Corporation

1301 Avenue of the Americas, 40th Floor

New York, New York 10019

Tel: (212) 497-7796

Fax: (212) 999-5801

*Counsel for Defendants*
*Alphabet Inc., Google LLC,*
*and YouTube, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TYKEIYA DORE, MARC A. STEPHENS, | |
| Plaintiffs, | Case No. 24-10103-MCA-MAH |
| v. | *Document Electronically Filed* |
| CHRIS BROWN ENTERTAINMENT, LLC d/b/a CHRISTOPHER BROWN ENTERTAINMENT, LLC, et al., | Motion Day: July 7, 2025 |
| Defendants. | |

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that on July 7, 2025, or as soon thereafter as counsel may be heard, Defendants Alphabet Inc., Google LLC, and YouTube, LLC

1

(collectively, "Google"), by and through their undersigned counsel, shall move before the Honorable Madeline Cox Arleo, U.S.D.J., at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, Newark, New Jersey 07102, for an Order dismissing Plaintiffs' Complaint against Google pursuant to Federal Rules of Civil Procedure 12(b)(6) and 8.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Google shall rely upon the accompanying Memorandum of Law, Declaration and exhibit attached thereto, and all prior pleadings and papers on file in this action.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a certification attesting to the date and manner of service is also submitted herewith.

| | |
|---|---|
| Dated: June 2, 2025<br>Newark, New Jersey | */s Alison L. Genova*<br>Alison L. Genova<br>Jeremy P. Auster (*pro hac vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas<br>40th Floor<br>New York, New York 10019<br>Tel: (212) 497-7796<br>Fax: (212) 999-5801 |

*Counsel for Defendants Alphabet Inc., Google LLC, and YouTube, LLC*